IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| OSCAR MOLINA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 1:25-CV-008-H-BU |
| | § | |
| DOLGENCORP OF TEXAS, INC., *et al,* | § | |
| | § | |
| Defendants. | § | |

**DOLGENCORP OF TEXAS, INC.'S ORIGINAL CROSS-CLAIM AGAINST PEPSICO, INC. FOR BREACH OF CONTRACT AND INDEMNITY**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Dolgencorp of Texas, Inc. ("Dolgencorp"), now becoming Cross-Plaintiff, files this, its Original Cross-Claim for Breach of Contract and Indemnity against Cross-Defendant PepsiCo, Inc., and would respectfully show the Court as follows:

## PARTIES

1. Defendant/Cross-Plaintiff Dolgencorp of Texas, Inc. ("Dolgencorp") has already made an appearance in this case through the undersigned attorneys of record and is the party filing this Original Cross-Claim for breach of contract and indemnity.

2. Co-Defendant/Cross-Defendant PepsiCo, Inc. ("PepsiCo") was, is, and continuously has been a corporation organized and existing under the laws of the State of North Carolina and having its principal place of business in the State of New York. PepsiCo can be served with process through its registered agent for service, CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX, 75201-3136, or wherever it may be found.

3. Plaintiff Oscar Molina ("Molina") has already appeared in this case and may be served with this Cross-Claim through his attorneys of record, Tara Gilmore-Low and Rick Dunbar, The Low Law Firm, 7242 Buffalo Gap Road, Abilene, Texas 79606.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. This lawsuit arises from personal injuries allegedly sustained by Plaintiff Molina as an invitee at Dollar General store No. 19723, which is located at 2074 FM 89, Buffalo Gap, Texas 79508, in Taylor County, Texas, and which store is owned and operated by Dolgencorp.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in Taylor County, Texas, which lies within the Northern District of Texas, Abilene Division.

## FACTS

7. On August 11, 2023, Plaintiff Molina was an invitee of Dolgencorp at Store No. 19723 in Buffalo Gap, Texas. Specifically, Molina was on the premises of Dolgencorp to purchase grocery items.

8. Plaintiff Molina was reportedly injured as a result of an allegedly dangerous condition that existed on the premises. Plaintiff Molina alleges that he slipped on soaked padding that Dolgencorp was allegedly using to capture water that was leaking from a refrigerated cooler owned, operated and maintained by PepsiCo in Dolgencorp's store.

9. As a result of Plaintiff Molina's slip and fall incident, Plaintiff Molina allegedly sustained severe and disabling injuries.

10. On December 5, 2024, Plaintiff Molina filed suit against Dolgencorp and PepsiCo seeking damages stemming from the August 11, 2023, slip and fall incident.

11. On or about July 29, 2022, PepsiCo and multiple Dollar General entities, including Dolgencorp, entered into a Packaged Beverage Product and Equipment Placement Agreement ("Beverage Agreement") regarding the placement of PepsiCo owned beverage cooling equipment by local PepsiCo Bottlers in certain Dollar General stores, including the refrigerated cooler that was reportedly leaking at the subject store in Buffalo Gap, Texas.

12. Pursuant to paragraph 4 of the Beverage Agreement, the Bottler Equipment, including the refrigerated cooler at issue in this case, "shall, at all times, remain the sole property of the participating local Bottlers, who shall remain responsible for repairing, cleaning and maintaining the Bottler Equipment in good working order and condition."

13. In addition, the Beverage Agreement further provides that the Local Bottler "shall retain the exclusive right to repair . . . any and all Bottler Equipment" placed in a Dollar General store and that Dollar General "shall not itself, and shall not permit any other party to, repair . . . any Bottler Equipment . . .."

14. The Beverage Agreement in paragraph 12 includes an indemnification agreement pursuant to which PepsiCo agreed to be responsible for any breach of the Agreement, and in which PepsiCo further agrees to and "shall indemnify, defend and hold harmless, at no cost to Customer [Dolgencorp], Dollar General Corporation, any affiliated or subsidiary entities . . . from and against any and all claims, allegations, actions, demands, liabilities, losses, damages, injuries, illnesses, judgments, settlements, costs and expenses (including reasonable attorney's fees) that may be based in whole or in part, or otherwise arise from or relate to any Pepsi Packaged Product or the

Bottler Equipment or the acts and omissions of Pepsi or an entity for which Pepsi is responsible." By definition, the Bottler Equipment includes the refrigerated cooler in question.

15. The indemnification agreement further expressly provides: "This indemnification is one of **first defense and payment, not of reimbursement or surety**, and shall survive the expiration or termination of this Agreement." (emphasis supplied).

16. Cross-Plaintiff Dolgencorp has on more than one occasion tendered the defense of the claim and lawsuit filed against it by Plaintiff Molina to Cross-Defendant PepsiCo, but PepsiCo has to date refused to honor its obligations under the Beverage Agreement and has rejected Dolgencorp's request for defense and indemnity.

**BREACH OF CONTRACT AND FRAUD**

17. Cross-Plaintiff Dolgencorp reasserts and repleads, by reference, the allegations contained in the foregoing paragraphs as if fully set forth herein. The forgoing acts and omissions of PepsiCo constitute a breach of the terms of the Beverage Agreement between PepsiCo and Dollar General, including Dolgencorp, in connection with the terms, representations and warranties described above.

**CROSS ACTION FOR INDEMNITY**

18. Cross-Plaintiff Dolgencorp reasserts and repleads, by reference, the allegations contained in the foregoing paragraphs as if fully set forth herein. Pursuant to the terms of the Beverage Agreement entered into by and between PepsiCo and Dolgencorp, as described above, Cross-Defendant PepsiCo is liable to Cross-Plaintiff Dolgencorp for indemnity and defense as to Plaintiff Molina's claim against Dolgencorp.

19. Therefore, Cross-Plaintiff Dolgencorp brings this cross-action against Cross-Defendant PepsiCo for indemnity for all claims asserted against Dolgencorp herein in an amount within the

jurisdictional limits of this Court, including but not limited to an award of all attorney's fees incurred by Dolgencorp in defending this case and in bringing this Cross-Claim to secure PepsiCo's compliance with the contract, including the indemnity obligation.

20. WHEREFORE, PREMISES CONSIDERED, Cross-Plaintiff Dolgencorp prays that:

1. Cross-Defendant PepsiCo be cited to appear and answer herein;
2. In the unlikely event that Cross-Plaintiff Dolgencorp is in any way found to be liable to Plaintiff Molina for any amount, that Cross-Plaintiff Dolgencorp have and recover judgment against PepsiCo for contractual damages and for indemnity, as set forth above, together with prejudgment and post-judgment interest on all amounts awarded herein at the maximum rates allowed by law;
3. Cross-Plaintiff Dolgencorp recover its reasonable and necessary attorneys' fees from PepsiCo, together with all costs of court; and
4. Cross-Plaintiff Dolgencorp be awarded all such other and further relief, both general and special, in law or in equity, to which it may be justly entitled.

[Signature block on next page]

Respectfully submitted,

EKVALL & BRYNE, L.L.P.

/s/ Ignacio Barbero
Michael A. Hummert
Lead Attorney
State Bar No. 10272000
mhummert@ekvallbyrne.com
Ignacio Barbero
State Bar No. 00796162
ibarbero@ekvallbyrne.com
4450 Sigma Road, Suite 100
Dallas, Texas 75244
Telephone: (972) 239-0839
Facsimile: (972) 960-9517

ATTORNEYS FOR DEFENDANT/ CROSS-PLAINTIFF DOLGENCORP OF TEXAS, INC.

## CERTIFICATE OF SERVICE

On February 23, 2026, I electronically submitted the foregoing document with the clerk of court of the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Ignacio Barbero
Ignacio Barbero